## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALICE W. PERRY and GEORGE PERRY, Co-Administrators of the Estate of George Perry, Deceased and Widow in her own right | : CIVIL ACTION<br>:<br>:<br>:<br>: ASBESTOS CASE |
| v. | :<br>:<br>: |
| A. W. CHESTERTON, INC., et al and PNEUMO ABEX LLC, successor in interest to Pneumo Abex Corp., Defendants | :<br>: NO. 2:95-cv-01996 |

## NOTICE OF NON OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OF DEFENDANTPNEUMO ABEX LLC

Pneumo Abex LLC, successor to Pneumo Abex Corp. (hereinafter "Abex" or "moving Defendant"), by and through its attorney Clayton H. Thomas, Jr., Esquire, hereby files notice of non opposition to Motion for Summary Judgment filed on March 26, 2010. The Court imposed deadline to file opposition to the Motion has passed.

Since the Motion for Summary Judgment has not been opposed by any party, Pneumo Abex respectfully requests this Court to enter the attached Order dismissing all claims and cross-claims with prejudice.

CLAYTON H. THOMAS, JR.

By:___/s/ Clayton H. Thomas Jr_____
CLAYTON H. THOMAS, JR., ESQUIRE
Attorney for Defendant,
Pneumo Abex LLC

**CERTIFICATE OF SERVICE**


      I, Clayton H. Thomas, Jr., do hereby certify that a true and correct copy of the

foregoing Notice of Non Opposition was served upon all parties by electronic service

through the Court's ECF/Pacer system on July 7, 2010,

                         Respectfully submitted,

                         **CLAYTON H. THOMAS, JR, ESQUIRE**


                         By: /s/ Clayton H. Thomas, Jr.
                                Clayton H. Thomas, Jr. Esquire
                                1515 Market Street
                                Suite 2050
                                Philadelphia, PA  19102
                                (215) 568-7070



Dated:  July 7, 2010

| | |
|---|---|
| Filename: | Notice of Non Opposition to MSJ of Abex 07-07-10.doc |
| Directory: | C:\Client Files\AC Cases\Perry, Alice Admx\Court Filings |
| Template: | C:\Documents and Settings\Jamie\Application Data\Microsoft\Templates\Normal.dot |
| Title: | IN THE UNITED STATES DISTRICT COURT |
| Subject: | |
| Author: | |
| Keywords: | |
| Comments: | |
| Creation Date: | 7/7/2010 3:45:00 PM |
| Change Number: | 3 |
| Last Saved On: | 7/7/2010 3:47:00 PM |
| Last Saved By: | |
| Total Editing Time: | 7 Minutes |
| Last Printed On: | 7/7/2010 3:49:00 PM |
| As of Last Complete Printing | |
| Number of Pages: 2 | |
| Number of Words: | 251 (approx.) |
| Number of Characters: | 1,431 (approx.) |