```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALICE PERRY, Administratrix    :    CONSOLIDATED UNDER
of the Estate of George        :    MDL 875
Perry, deceased and ALICE      :
PERRY                          :
                               :
     Plaintiff,                :
                               :
     v.                        :
                               :
A.W. CHESTERTON, INC.,         :
ET AL.,                        :
                               :    E.D. PA CIVIL ACTION NO.
     Defendants.               :    2:95-cv-01996-ER
```

## **O R D E R**

**AND NOW,** this **4th** day of **December, 2013,** for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant Railroad Friction Products Corporation's Motion to Dismiss (ECF No. 232) is **GRANTED.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**