IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALICE PERRY, Administratrix of the Estate of George Perry, deceased and ALICE PERRY | : : : : : | CONSOLIDATED UNDER MDL 875 |
| Plaintiff, | : : | |
| v. | : : | |
| A.W. CHESTERTON, INC., ET AL., | : : : | |
| Defendants. | : : | E.D. PA CIVIL ACTION NO. 2:95-cv-01996-ER |

**O R D E R**

**AND NOW,** this **4th** day of **December, 2013,** for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant Railroad Friction Products Corporation's Motion to Dismiss (ECF No. 232) is **GRANTED.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**